**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-6730**

─────────────

JOSHUA LYNN ROBINSON,

        Plaintiff - Appellant,

    v.

MICHAEL KIMBLER, Former Greer Police Officer,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior District Judge.  (6:24-cv-01749-HMH)

─────────────

Submitted:  November 19, 2024            Decided:  November 22, 2024

─────────────

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Joshua Lynn Robinson, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Lynn Robinson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Robinson's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Robinson's motion to appoint counsel, and we affirm the district court's order. *Robinson v. Kimbler*, No. 6:24-1749-HMH (D.S.C. July 18, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*